Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. BEATTIE and RHONDA BEATTIE, husband and wife; <br><br> Plaintiffs, <br><br> vs. <br><br> THE WILLIAMS COMPANIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. |

## COMPLAINT

COME NOW the plaintiffs, by and through their counsel, and for their cause of action against the defendant, allege and state as follows:

1. The plaintiffs are residents of McPherson County, Kansas.  They are the title owners of real property ("the Land") described as the Northwest Quarter (NW/4) of Section Thirty-Two (32), Township Nineteen (19) South, Range Four (4) and the North Half (N/2) of the Southwest Quarter (N/2 SW/4) West of the Sixth Principal Meridian (6th P.M.), McPherson County, Kansas.

2. The defendant, The Williams Companies, Inc., is a corporation organized under the laws of the State of Delaware. It can be served with process upon its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

3. This action involves a dispute between citizens of different states and the amount in controversy is in excess of $75,000.  Accordingly this Court's jurisdiction is invoked under 28 USC §1332.  Venue is proper in this Court under 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

4. The plaintiffs, after suffering numerous hardships, health issues and discomfort, the loss of the use and enjoyment of their home, and damages to their farm operations, crops, and real and personal property relating to defendant's brine ponds adjacent to the Land, negotiated a settlement agreement with defendants for the release of all claims as well as the sale of the Land, improvements and personal property thereon to defendants.

5. The parties agreed to all material terms, which terms were evidenced in writing in electronic messages and a draft, written agreement.

6. In settlement of all claims by plaintiffs relating to the defendant's brine ponds, the defendant agreed to purchase the Land (240 acres) for ten thousand dollars ($10,000.00) per acre or two million four hundred thousand dollars ($2,400,000.00) payable over three years, the residences on the north 80 acres for five hundred thousand dollars ($500,000.00), and the barns, sheds,

shops and equipment on the north 80 acres for two hundred thousand dollars ($200,000.00), for a total sum of three million one hundred thousand dollars ($3,100,000.00).

7. Fee title to the Land is vested in plaintiffs.

8. Defendant has reneged on its agreement.

9. Plaintiffs seek to enforce the settlement agreement.

WHEREFORE, plaintiffs pray for specific performance of the settlement agreement; for judgment against defendant in the amount of three million one hundred thousand ($3,100,000.00), together with interest and such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com
*Attorneys for Plaintiffs*

## DESIGNATION OF PLACE OF TRIAL

COME NOW the plaintiffs and designate Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

COME NOW the plaintiffs and respectfully request a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiffs*