Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. BEATTIE and RHONDA BEATTIE, husband and wife; | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 16-1430-EFM-GEB ) ) |
| THE WILLIAMS COMPANIES, INC.; MID-CONTINENT FRACTIONATION AND STORAGE, LLC | ) ) ) ) |
| Defendants | ) ) |
| _____ | ) |

## FIRST AMENDED COMPLAINT

COME NOW the plaintiffs, by and through their counsel, and for their

cause of action against the defendants, allege and state as follows:

1.      The plaintiffs are residents of McPherson County, Kansas.  They are

the title owners of real property ("the Land") described as the Northwest Quarter

(NW/4) of Section Thirty-Two (32), Township Nineteen (19) South, Range Four

(4) and the North Half (N/2) of the Southwest Quarter (N/2 SW/4) West of the Sixth Principal Meridian (6th P.M.), McPherson County, Kansas.

2.     The defendant, The Williams Companies, Inc. ("Williams"), is a corporation organized under the laws of the State of Delaware. It was served with process upon its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, by certified mail, return receipt delivery in accordance with Kan. Stat. Ann. § 60-303(c)(1).

3.     The defendant, Mid-Continent Fractionation and Storage, LLC ("Mid-Continent"), is a foreign limited liability company organized under the laws of the State of Delaware.  It can be served with process upon its registered agent, The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

4.     This action involves a dispute between citizens of different states and the amount in controversy is in excess of $75,000.  Accordingly this Court's jurisdiction is invoked under 28 USC §1332.  Venue is proper in this Court under 28 U.S.C. §1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

5.     The plaintiffs,  after suffering numerous hardships, health issues and discomfort, the loss of the use and enjoyment of their home, and damages to their farm operations, crops, and real and personal property relating to defendants' brine ponds and operations adjacent to the Land, negotiated a settlement agreement with defendant Williams for the settlement and release of all claims as

2

well as the sale of the Land, improvements and personal property thereon to defendants.

6.      The parties agreed to all material terms, which terms were evidenced in writing in electronic messages and a written agreement from Williams. Electronic messages, business cards, correspondence and attachments from the defendants all carry a common "Williams" logo.  The defendant was represented by Christie Hill, who purported to represent the "Williams Companies."

7.      In settlement of all claims by plaintiffs relating to the defendants' brine ponds, Williams agreed to purchase the Land (240 acres) for ten thousand dollars ($10,000.00) per acre or two million four hundred thousand dollars ($2,400,000.00) payable over three years, the residences on the north 80 acres for five hundred thousand dollars ($500,000.00), and the barns, sheds, shops and equipment on the north 80 acres for two hundred thousand dollars ($200,000.00), for a total sum of three million one hundred thousand dollars ($3,100,000.00).

8.      Fee title to the Land is vested in plaintiffs.

9.      Williams reneged on the agreement.

10.     Plaintiffs seek to enforce the settlement agreement.

11.     This action was filed initially against Williams only.  Williams has subsequently filed pleadings in the case contending that Mid-Continent is the only real party in interest in this matter.  Plaintiffs doubt that such is the case as

they never dealt with anyone purporting to represent Mid-Continent in this transaction. However, out of an abundance of caution, the plaintiffs are adding Mid-Continent as a party defendant.

WHEREFORE, plaintiffs pray for specific performance of the settlement agreement; for judgment against defendants in the amount of three million one hundred thousand ($3,100,000.00), together with interest and such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com
*Attorneys for Plaintiffs*

## DESIGNATION OF PLACE OF TRIAL

COME NOW the plaintiffs and designate Wichita, Kansas, as the place of the trial of this action.

4

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

COME NOW the plaintiffs and respectfully request a trial by jury with

regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun, #09765
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2017, the above and foregoing

**First Amended Complaint** was filed via CM/ECF and notice sent to:

Derek S. Casey
Triplett Woolf & Garretson LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226
*Attorneys for Defendant*

/s/Randall K. Rathbun
Randall K. Rathbun #09765