Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS   67206-2936
Telephone:  (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. BEATTIE and RHONDA BEATTIE, husband and wife; <br><br> Plaintiffs, <br><br> vs. <br><br> THE WILLIAMS COMPANIES, INC.; MID-CONTINENT FRACTIONATION AND STORAGE, LLC <br><br> Defendants | ) ) ) ) ) ) ) ) Case No. 16-1430-EFM-GEB ) ) ) ) ) ) ) ) ) ) |

**NOTICE TO TAKE DEPOSITION
PURSUANT TO FRCP 30(b)(6)**

| | |
|---|---|
| TO: | Defendants |
| DATE & TIME OF DEPOSITION: | Wednesday, April 12, 2017 starting at 9:00 a.m. |
| PLACE OF DEPOSITION: | Law offices of Triplett Woolf & Garretson, LLC; 2959 N. Rock Road, Suite 300, Wichita, KS |
| WITNESS TO BE DEPOSED: | Person or persons who can testify as to the categories listed below. |

PLEASE TAKE NOTICE that at the agreed to date, hour, and place above listed, the plaintiffs shall cause the deposition of the above witness(es), as stated above to be taken upon oral examination before a person authorized to administer oaths under the laws of the State of Kansas, and to be used for discovery and as evidence in the above captioned matter.

Said deposition will be taken before a duly authorized court reporter and will continue until completed.

Deponent(s) will be asked questions regarding the following:

1. Governance decisions of Mid-Continent Fractionation and Storage, LLC

2. Any limitations on governance decisions of Mid-Continent Fractionation and Storage, LLC

3. The accounting system used by Mid-Continent Fractionation and Storage, LLC.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER, LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2017, the above and foregoing **Notice to Take Deposition Pursuant to FRCP 30(b)(6)** was filed via CM/ECF and notice sent to:

Derek S. Casey
Triplett Woolf & Garretson LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226
*Attorneys for Defendant*

/s/Randall K. Rathbun
Randall K. Rathbun #09765