Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. BEATTIE and RHONDA BEATTIE, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>THE WILLIAMS COMPANIES, INC.;<br>MID-CONTINENT FRACTIONATION AND STORAGE, LLC<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 16-1430-EFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO DEFENDANTS' OBJECTIONS TO MOTION FOR HEARING

Plaintiffs have reviewed the defendants' opposition to their request for oral argument and agree that since the defendants have changed their position as to diversity jurisdiction as to MCFS, oral argument on that issue is not warranted.

Plaintiffs' request for oral argument was directed at the motion to file a Second Amended Complaint which, of course, makes MCFS's diversity jurisdictional argument irrelevant. Plaintiffs stand by their contention that

argument on this issue would be helpful to the Court. The purpose of this response, though, is to simply address the defendants' head-scratcher of an argument alleging that their response to the motion to amend is due July 7.

Responses to non-dispositive motions are due 14 days after filing under Local Rule 6.1(d)(1). Defendants' response to the plaintiffs' motion to amend is due June 23, 2017.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21 Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2017, the above and foregoing **Response to Defendants' Objections to Motion for Hearing** was filed via CM/ECF and notice sent to:

Derek S. Casey
Triplett Woolf & Garretson LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226
*Attorneys for Defendant*

/s/Randall K. Rathbun
Randall K. Rathbun #09765

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2017, the above and foregoing **Motion for Hearing** was filed via CM/ECF and notice sent to:

Derek S. Casey
Triplett Woolf & Garretson LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226
*Attorneys for Defendant*

/s/Randall K. Rathbun
Randall K. Rathbun #09765